IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,          3:16-cr-00051-BR

          Plaintiff,          ORDER SEALING *EX PARTE*
                                        MATERIALS

v.

AMMON BUNDY, RYAN BUNDY,
SHAWNA COX, DAVID LEE FRY,
JEFF WAYNE BANTA, KENNETH
MEDENBACH, and NEIL WAMPLER,

          Defendants.

BROWN, Judge.

Pursuant to the Court's Order (#1453), issued October 18, 2016, the Court **SEALS** the enclosed Confidential Human Source reports and the *Ex Parte* Declaration of Geoffrey A. Barrow which were submitted to the Court for its *in camera* review in order to adjudicate Defendant Ammon Bundy's Motion (#1423) to Compel Information Regarding the Government's Use of Informants.  The Court directs the government to maintain these records as sealed until further order of this Court or the Ninth Circuit Court of Appeals.

1 -  ORDER SEALING *EX PARTE* MATERIALS

The Court directs the Clerk to file a copy of this Order in the record of this case and to affix the original of this Order to the sealed envelope.

IT IS SO ORDERED.

DATED this 18th day of October, 2016.

_____
ANNA J. BROWN
United States District Judge