IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**UNITED STATES OF AMERICA,**            3:16-cr-00051-BR-1

      Plaintiff,                               VERDICT

v.

**AMMON BUNDY,**

      Defendant.

We the jury, being duly empaneled and sworn, find the Defendant, AMMON BUNDY:

<u>**COUNT ONE**</u>
**Conspiracy to Impede Officers of the United States**

    __X__ NOT GUILTY          _____ GUILTY

<u>**COUNT TWO**</u>
**Possession of Firearms and Dangerous Weapons in Federal Facilities**

    __X__ NOT GUILTY          _____ GUILTY

DATED this __27__ day of October, 2016.

                                                  _____
                                                  PRESIDING JUROR

                                                  SEAT NUMBER _____

1 - VERDICT