J. Morgan Philpot (Oregon Bar No. 144811)
Marcus R. Mumford (admitted pro hac vice)
405 South Main, Suite 975
Salt Lake City, UT 84111
Telephone (801) 428-2000
morgan@jmphilpot.com
mrm@mumfordpc.com
*Attorneys for Defendant Ammon Bundy*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Ammon Bundy, et. Al,<br><br>　　　　Defendant. | Case No.  3:16-CR-00051-13-BR<br><br>**JUDGMENT OF ACQUITTAL** |

　　The defendant, Ammon Bundy, was found Not Guilty on Counts One and Two of the Superseding Indictment. The Court previously dismissed Count Three as to all defendants. The underlying Indictment also is dismissed as to Mr. Ammon Bundy.

　　IT IS ORDERED AND ADJUDGED that Mr. Ammon Bundy is acquitted, discharged, and any bond exonerated.

　　IT IS FURTHER ORDERED that any and all of Mr. Ammon Bundy's personal property in the possession of the government which is not needed as evidence in the trial scheduled to begin on February 14, 2017, is to be immediately returned to him.

　　Dated this ____ day of November, 2016.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Anna J. Brown
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge