# UNITED STATES DISTRICT COURT

MAR 3 1 2017

Eastern District of

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |
| GARY HUNT | Case No. 2:17-mj-00058-EFB |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 3:16-cr-00051-BR | 2:17-mj-00058-EFB | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment   ☐ Information   ☐ Complaint   X Other (specify)   Court Order

charging a violation of   18   U.S.C. § 3146

**DISTRICT OF OFFENSE**
District of Oregon

**DESCRIPTION OF CHARGES:**

Failure to appear

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **MARIANNE MATHERLY**
Clerk, U. S. District Court
Eastern District of California
By _Mena-Sanchez_
Deputy Clerk
Dated  4/4/17

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | Retained Own Counsel | X Federal Defender Organization | CJA Attorney | ☐ None |

| Interpreter Required? | ☒ No   ☐ Yes | Language: |

DISTRICT OF

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

3-31-2017
Date

_____
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

Commitment to Another District2.wpd

CLOSED

# U.S. District Court
## Eastern District of California - Live System (Sacramento)
## CRIMINAL DOCKET FOR CASE #: 2:17-mj-00058-EFB-1

Case title: USA v. Hunt

Date Filed: 03/31/2017
Date Terminated: 03/31/2017

Assigned to: Magistrate Judge Edmund F. Brennan

**Defendant (1)**

**Gary Hunt**
*TERMINATED: 03/31/2017*

represented by **Douglas J. Beevers**
Federal Defender (SAC)
801 I Street
Third Floor
Sacramento, CA 95814
916-498-5700
Fax: 916-498-5710
Email: douglas_beevers@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

**Disposition**

RULE 5(c)(3)

**Plaintiff**

USA                          represented by   **Heiko Philipp Coppola**
United States Attorney's Office
501 I Street
Suite 10-100
Sacramento, CA 95814
(916) 554-2770
Fax: (916) 554-2900
Email: heiko.coppola@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/31/2017 | | RULE 5(c)(3) ARREST from District of Oregon. Case 3:16-cr-00051-BR as to Gary Hunt (1). (Cannarozzi, N) (Entered: 03/31/2017) |
| 03/31/2017 | 1 | MINUTES (Text Only) for INITIAL APPEARANCE in RULE 5(c)(3) PROCEEDINGS as to Gary Hunt held on 3/31/2017 before Magistrate Judge Edmund F. Brennan re District of Oregon case 3:16-CR-00051-BR: All parties present. The Federal Defender was appointed to represent the deft. The Court advised the deft of his rights. The deft waived any identification hearing. The Govt moved for detention. Defense counsel argued for release, to include posting a secured bond. After advisement by the Court, the deft adressed the Court. After consideration and for the reasons as stated on the record, the Court ordered the deft detained and to be transported forthwith to the District of Oregon. Government Counsel: Heiko Coppola present. Defense Counsel: Douglas Beevers present. Custody Status: in custody. Court Reporter/CD Number: Jonathan Anderson. (Cannarozzi, N) (Entered: 03/31/2017) |
| 03/31/2017 | 2 | SHACKLING MINUTE ORDER signed by Magistrate Judge Edmund F. Brennan on 3/31/2017: Pursuant to Local Rule 401, the Court hereby determined that the appropriate restraint level for Gary Hunt is Legs Only (USM # 76397-097). (Cannarozzi, N) (Entered: 03/31/2017) |
| 03/31/2017 | 3 | COMMITMENT to ANOTHER DISTRICT signed by Magistrate Judge Edmund F. Brennan on 3/31/17 as to Gary Hunt. Defendant committed to District of Oregon. (Mena-Sanchez, L) (Entered: 04/03/2017) |
| 04/04/2017 | 4 | TRANSMITTAL of DOCUMENTS re 3 Commitment to Another District on *3/31/17* to * U.S. District Court, District of Oregon* *Mark O. Hatfield Courthouse - Portland* *1000 S.W. Third Avenue* *Portland, OR 97204*. * |

|  |  | Paper Documents: 3 to 3 *<br>*Electronic Documents: 1 to 3 * (Mena-Sanchez, L) (Entered: 04/04/2017) |
|---|---|---|
| 04/06/2017 | 5 | TRANSCRIPT REQUEST by USA for proceedings held on 03/31/2017 before Judge Brennan. Court Reporter ECRO Jonathan Anderson. (Anderson, J) (Entered: 04/06/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/10/2017 11:15:01 | | | |
| **PACER Login:** | ux4722:4106401:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:17-mj-00058-EFB |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |