Michael E. Rose, OSB#753221
E-mail: mrose@civilrightspdx.com
CREIGHTON & ROSE, P.C.
300 Powers Building
65 S.W. Yamhill Street
Portland, Oregon 97204
Phone: (503) 221-1792
Fax:   (503) 223-1516
Of Attorneys for Gary Hunt

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### Portland Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | 3:16-cr-00051-BR |
| v. | **DECLARATION OF GARY HUNT:** |
| **AMMON BUNDY, et al.,** | **SUPPLEMENTAL** |
| **Defendants.** | |
| **GARY HUNT,** | |
| **Respondent**. | |

I, Gary Hunt, declare as follows:

At no time was I ever employed by or working for or with any of the attorneys in the case.

I hereby declare that the above statements in support of respondent's objection to the jurisdiction of this court are true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Dated this 8th day of May, 2017.

_____
Gary Hunt